IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Duane G | Case Number: 07 B 13153 |
|---|---|---|
| | Jones, Sheryl | Judge: Hollis, Pamela S |
| | Printed: 10/2/07 | Filed: 7/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 20, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ford Motor Credit Corporation | Secured | 13,932.00 | 0.00 |
| 2. | American General Finance | Secured | 2,241.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 21,099.00 | 0.00 |
| 4. | HFC | Secured | 1,500.00 | 0.00 |
| 5. | General Motors Mortgage Corporation | Secured | 10,000.00 | 0.00 |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 8. | Allied Interstate | Unsecured | | No Claim Filed |
| 9. | American Express | Unsecured | | No Claim Filed |
| 10. | Sallie Mae | Unsecured | | No Claim Filed |
| 11. | Citi Cards | Unsecured | | No Claim Filed |
| 12. | Sallie Mae | Unsecured | | No Claim Filed |
| 13. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | American Medical Collection | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 48,772.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Duane G<br>　　　　Jones, Sheryl<br>　　　　Printed: 10/2/07 | Case Number:  07 B 13153<br>Judge: Hollis, Pamela S<br>Filed: 7/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

　　　　　　　　　　　　　　　　　*Denise Ashley*